■ In the Matter of STEPHANIE FASANO, Appellant, v MICHAELANGELO BATTISTA, Respondent. [890 NYS2d 618]—

Contrary to the mother's contention, the Family Court properly dismissed, without a hearing, her petition to modify a prior order so as to award her sole custody. Where possible, custody should be established on a long term basis, "at least so long as the custodial parent has not been shown to be unfit, or perhaps less fit, to continue as the proper custodian" (*Obey v Degling*, 37 NY2d 768, 770 [1975]; *see Matter of Lopez v Infante*, 55 AD3d 837 [2008]; *DiVittorio v DiVittorio*, 36 AD3d 848, 849 [2007]; *Jackson v Jackson*, 31 AD3d 386 [2006]). A noncustodial parent seeking a change of custody is not entitled to a hearing without making some evidentiary showing sufficient to warrant a hearing (*see Matter of Lopez v Infante*, 55 AD3d at 838; *Matter of Bauman v Abbate*, 48 AD3d 679, 680 [2008]; *DiVittorio v DiVittorio*, 36 AD3d at 849). Here, the mother failed to make such a showing.

We decline the father's request to impose sanctions against the mother. Mastro, J.P., Florio, Balkin and Leventhal, JJ., concur.